**Order filed November 1, 2011.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00573-CR
_____

**REUBEN COLBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

___

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1264286**

___

## O R D E R

The reporter's record in this case was due August 22, 2011. *See* Tex. R. App. P. 35.2. On September 9, 2011, Marcia Barnett, the court reporter, requested an extension of time.

The court granted an extension for the record until October 18, 2011. The record has not been filed with the court.

We order **Marcia Barnett**, the court reporter, to file her portion of the record in this appeal on or before **November 17, 2011**.

PER CURIAM